## 30382. NORMAN v. THE STATE.

BROYLES, C. J. The defendant was convicted of the offense of assault with intent to murder. The evidence for the State amply authorized the verdict. The defendant introduced no evidence, and his statement to the jury, contradicting the State's witnesses, was evidently rejected by the jury. The court did not err in overruling the motion for new trial which contained the general grounds only.

*Judgment affirmed. MacIntyre and Gardner, JJ., concur.*

DECIDED JANUARY 29, 1944.

*Henry A. Stewart,* for plaintiff in error.
*Hal C. Hutchens, solicitor-general,* contra.